UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                        Plaintiff,<br><br>               v.<br><br>JOHN BARKSDALE, and JONATINA L. BARKSDALE,<br><br>                                        Defendants. | Case No. 1:22-cv-1933 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Melissa J. Armstrong hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 8, 2022                                Respectfully submitted,

                                                             /s/ Melissa J. Armstrong
                                                             MELISSA J. ARMSTRONG
                                                             U.S. Securities and Exchange Commission
                                                             100 F Street, N.E.
                                                             Washington, D.C.  20549

1

Tel:  (202) 551-4724
Email:  armstrongme@sec.gov