UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

    v.

JOHN BARKSDALE, and JONATINA L. BARKSDALE,

                    Defendants.

Case No. 1:22-cv-1933 (LAK)

## PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court to enter final judgment against Defendants John Barksdale and Jonatina L. Barksdale (collectively, "Defendants") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55(b)(2). On August 18, 2022, the Clerk of the Court entered a Clerk's Certificate of Default as to both Defendants. Dkt. No. 22. For the reasons set forth in the SEC's memorandum of law and the accompanying declarations of Christopher J. Carney and Matthew Reisig, submitted herewith, the Court should now order injunctive relief and disgorgement, impose a financial penalty, and enter final judgment.

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
3/15/23